IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW GASTON, #260494, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:12-cv-1120-TMH |
| RANDY DANIELS, *et al.*, | ) ) ) ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 10) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and this case is DISMISSED without prejudice for failure of Plaintiff to file a response to the June 19, 2014 show cause order.

A separate judgment shall issue.

Done this 31st day of July, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE